UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kenneth Lewis,<br><br>                    Plaintiff,<br>v.<br><br>Northland Group Inc.; and<br>DOES 1-10, inclusive,<br><br>                  Defendants. | : <br> : <br> : Civil Action No.: 10-cv-3574 (SJF)(WDW)<br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: March 1, 2011

                                            Respectfully submitted,

                                            PLAINTIFF, Kenneth Lewis

                                            /s/ Sergei Lemberg

                                            Stephen Taylor (Bar No.: ST2743)
                                            **LEMBERG & ASSOCIATES L.L.C.**
                                            1100 Summer Street, 3rd Floor
                                            Stamford, CT 06905
                                            Telephone: (203) 653-2250, ext. 5502
                                            Facsimile: (877) 795-3666

## CERTIFICATE OF SERVICE

  I hereby certify that on March 1, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of New York Electronic Document Filing System (ECF) which sent electronic notification of such filing to the following ECF participants:

Arthur Sanders
Mel Harris & Associates LLC
5 Hanover Square, 8th Floor
New York, NY 10004

              By /s/ Stephen Taylor
                Stephen Taylor